**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JEFFREY S. WALLACE,
    Plaintiff,                                      CASE NO.: 4:03cv141-SPM

vs.

HENRY A. ALTMAN, et al.,
    Defendants,

STANLEY AND MARGARET BOOSE, et al.,
    Third-Party Plaintiffs,

vs.

CENDANT GLOBAL SERVICES, INC.,
successor-in-interest to CENDANT
GLOBAL SERVICES B.V. by assignment, et al.,
    Third-Party Defendants.
_____/

**ORDER ENLARGING TIME TO RESPOND TO SUMMARY JUDGMENT**

For good cause shown, Cendant Global Services, Inc.'s motion for enlargement of time (doc. 124) is granted. Cendant Global Services shall have up to and including July 8, 2005 to respond to the pending motion for summary judgment.

DONE AND ORDERED this 5th day of July, 2005.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge