IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY S. WALLACE,

    Plaintiff,                                    CASE NO.: 4:03cv141-SPM

vs.

HENRY A. ALTMAN, et al.,

    Defendants,

STANLEY AND MARGARET BOOSE, et al.,

    Third-Party Plaintiffs,

vs.

CENDANT GLOBAL SERVICES, INC.,
successor-in-interest to CENDANT
GLOBAL SERVICES B.V. by assignment, et al.,

    Third-Party Defendants.
_____/

## ORDER OF DISMISSAL

    Upon notification (see doc. 124) that the parties have reached a settlement which is in the process of being finalized, pursuant to Northern District of Florida Local Rule 16.2(D), it is

    ORDERED AND ADJUDGED:

    1.    This case is dismissed.

    2.    The Court retains jurisdiction for a period of sixty (60) days, during

which period the case may be reopened for good cause shown.

      3.    All pending motions are denied as moot and the pretrial conference scheduled for July 11, 2005 is cancelled.

      DONE AND ORDERED this 8th day of July, 2005.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge